UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kevin M. Gipson,

    Petitioner

v.

Warden Najara, et al.,

    Respondents

Case No. 2:23-cv-00996-CDS-EJY

**Order Granting Petitioner's Motion to Extend**

[ECF No. 15]

Petitioner Kevin M. Gipson seeks an extension of time to file his first amended petition for writ of habeas corpus. ECF No. 15. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that petitioner's first unopposed motion for enlargement of time **[ECF No. 15] is granted**. Gipson has until June 13, 2024, to file his first amended petition.

Dated: April 3, 2024

_____
Cristina D. Silva
United States District Judge