1

2　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　DISTRICT OF NEVADA
3

4  Kevin M. Gipson,　　　　　　　　　　　　Case No. 2:23-cv-00996-CDS-EJY

5　　　　　　　　Petitioner　　　　　　　　**Order Granting Petitioner's**
　　　　　　　　　　　　　　　　　　　　　　**Motion to Extend**
6  v.

7  Warden Najara, et al.,　　　　　　　　　　[ECF No.  22]

8　　　　　　　　Respondents

9

10　　　　　　Petitioner Kevin M. Gipson seeks an extension of time to file his first amended petition

11  for writ of habeas corpus. ECF No. 22. I find that the request is made in good faith and not solely

12  for the purpose of delay, and therefore, good cause exists to grant the motion.

13　　　　　　The new deadline approved in this order falls more than nine months after the original

14  deadline set for Gipson to file the first amended petition. ECF No. 14. Lengthy habeas litigation is

15  generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990

16  ("CJRA"), 28 U.S.C. §§ 471, as well as the purposes served by the Antiterrorism and Effective

17  Death Penalty Act ("AEDPA") 28 U.S.C. §§ 2244: finality, efficiency, and comity. Based on the lack

18  of progress to date, additional delay may impede this case from reaching a merits determination

19  within three years. Accordingly, any future request for extension of time—even if unopposed—

20  will be carefully scrutinized for good cause.

21　　　　　　It is therefore ordered that Gipson's fourth unopposed motion for enlargement of time

22  **[ECF No. 22] is granted**. Gipson has until December 27, 2024, to file his first amended petition.

23　　　　　　Dated: November 6, 2024

24　　　　　　　　　　　　　　　　　　　　　　_____

25　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
26

27

28