# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin M. Gipson,

    Petitioner

v.

Warden Najara, et al.,

    Respondents

Case No. 2:23-cv-00996-CDS-EJY

**Order Granting Petitioner's Motion for Extension of Time to File Amended Petition (Fifth Request)**

[ECF No. 24]

    In this habeas corpus action, petitioner Kevin M. Gipson moves, through his appointed counsel, for a 60-day extension of time to file an amended petition. ECF No. 24. The respondents filed a non-opposition to the motion. ECF No. 26. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

    It is therefore ordered that petitioner's motion for extension of time to file an amended petition (fifth request) **[ECF No. 24] is granted.** Petitioner has until February 25, 2025, to file an amended petition.

Dated: January 13, 2025

_____
Cristina D. Silva
United States District Judge