# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin M. Gipson,

    Petitioner

v.

Warden Najara,

    Respondent

Case No. 2:23-cv-00996-CDS-EJY

**Order Granting Petitioner's Motion to Extend**

[ECF No. 38]

Petitioner Kevin M. Gipson seeks an extension of time to file his opposition to the motion to dismiss. ECF No. 38. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Gipson's unopposed motion for enlargement of time **[ECF No. 38] is granted**. Gipson has until June 30, 2025, to file his opposition.

Dated: May 14, 2025

_____
Cristina D. Silva
United States District Judge