UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kevin M. Gipson,<br><br>  Petitioner<br><br>v.<br><br>Warden Najara,<br><br>  Respondent | Case No. 2:23-cv-00996-CDS-EJY<br><br>**Order Granting Petitioner's Motion to Extend Time**<br><br>[ECF No. 40] |

    Petitioner Kevin M. Gipson seeks an extension of time to file his opposition to the motion to dismiss. ECF No. 40. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    It is therefore ordered that the petitioner's unopposed second motion for an extension of time **[ECF No. 40] is granted**. Gipson has until August 14, 2025, to file his opposition.

    Dated: July 21, 2025

                                                _____
                                                Cristina D. Silva
                                                United States District Judge