UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kevin M. Gipson,

    Petitioner

v.

Warden Najara, et al.,

    Respondents

Case No. 2:23-cv-00996-CDS-EJY

Order Granting Petitioner's Motion to Extend

[ECF No. 42]

    Petitioner Kevin M. Gipson seeks an extension of time to file his opposition to the motion to dismiss. ECF No. 42. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    It is therefore ordered that the petitioner's unopposed third motion for enlargement of time **[ECF No. 42] is granted** nunc pro tunc.

    Dated: October 2, 2025

_____
Cristina D. Silva
United States District Judge